# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv75

| | |
|---|---|
| **DANNY LEWIS ROWELL,** | ) |
| **Plaintiff,** | ) |
| Vs. | ) **JUDGMENT** |
| **CITY OF HICKORY,** a municipal corporation; and **T. E. HUNT,** in his official capacity, | ) |
| **Defendants.** | ) |

**THIS MATTER** having come before the court on the parties cross Motions for Summary Judgment, the supporting and opposing memoranda of law, the respective replies, and exhibits, and having determined that no genuine issues of fact remain for trial and that defendants are entitled to Judgment as a matter of law, as shown in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendants' Motion for Summary Judgment(#18) is **GRANTED,** plaintiff's Motion for Summary Judgment (#20) is **DENIED,** and **JUDGMENT** is entered in favor of defendants and against plaintiff providing that the Complaint is **DISMISSED** with prejudice in its entirety, and that plaintiff have and take nothing of these defendants.

Signed: June 20, 2008

Dennis L. Howell
United States Magistrate Judge